UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NORMA ELOSEGUI-HERNANDEZ,**

**Plaintiff,**

v.                                                              Case No: 6:19-cv-1435-Orl-18EJK

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

This cause came on for consideration without oral argument on Plaintiff Norma Elosegui-Hernandez's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (the "Motion") (Doc. 32). The Motion was referred to the United States Magistrate Judge. On April 24, 2020, the United States Magistrate Judge entered a report and recommendation (the "Report and Recommendation") (Doc. 33) recommending that the Motion be granted in part and denied in part. (*See id.* at 5-6.) Specifically, the Report and Recommendation suggests that Plaintiff be awarded attorney's fees in the amount of $2,129.27, rather than the requested $2,175.65, with the Magistrate Judge utilizing the Consumer Price Index for the Southern region of the United States in his calculations. (*Id.*)

On May 6, 2020, Plaintiff filed Objections to the Report and Recommendation (the "Objections") (Doc. 34), to which no response was filed. After review of the Report and Recommendation, the Motion, and *de novo* review of the portions of the Report and Recommendation to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc.

33) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Norma Elosegui-Hernandez's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. 32) is **GRANTED in part** and **DENIED in part**.

3. The Clerk of Court is directed to **ENTER JUDGMENT ACCORDINGLY** and to thereafter **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 29 day of May, 2020.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record